446 A.2d 703

Commonwealth v. Roberts, Appellant.

Petition for Allowance of Appeal Denied Oct. 15, 1982.

632

Submitted December 5, 1980. Barry H. Oxenburg, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.